```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )           8:02CR253
                                 )
        v.                       )
                                 )
GREGG WILSON,                    )              ORDER
                                 )
                Defendant.       )
                                 )
```

IT IS ORDERED:  Defendant's motion to continue initial appearance, filing 43, is granted.  The defendant's initial appearance will held before the undersigned at 10:00 a.m. on January 8, 2007 in Courtroom 2 of the Robert V. Denney Federal Building, 100 Centennial Mall North, <u>Lincoln</u>, Nebraska 68508.

DATED this 22nd day of December, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge