IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 8:02CR253 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| GREGG WILSON, | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)     The defendant's motion to continue disposition hearing (filing 47) is granted.

(2)     Defendant Wilson's revocation hearing is rescheduled to Wednesday, April 11, 2007, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

February 15, 2007.         BY THE COURT:

                            s/ *Richard G. Kopf*
                            United States District Judge